DER                    ✓ RETAIN

**David E. Rice , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                    Exhibits Filed: Y N

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 11/17/2011 Time: 02:30

**CASE: 11-00729 Riffin v. Baltimore County, MD et al**

Related: 10-11248 James Riffin ✓

PRO SE James Riffin (Plaintiff)   MAYHEW

Adam Matthew Rosenblatt representing Baltimore County, MD (Defendant)

PRO SE Maryland Department of the Environment (Defendant)

[9] Amended Motion to Reconsider The Court's October 7, 2011 Decision Dismissing Debtor's Complaint to Determine Extent of Baltimore County's and Maryland Department of the Environment's Claims that have been discharged Filed by James Riffin (related document(s)6 Order on Motion to Dismiss Adversary Proceeding) .

**FILED BY** : James Riffin

SCHEDULE:

    1.Discovery cutoff:_____   6.Pretrial memos/exhibits:_____

    2.Dispositive motions:_____   7.Trial times est:_____days____hrs

    3.Status report due:_____   8.Trial date:_____ time:_____

    4.Motions hrg. date:_____   9.Expert witness &Rpts:_____

    5.Final pretrial hrg:_____   10.Reissue Summons:_____

DISPOSITION:

    Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___

    Adjourned / Continued to:_____ at _____ m. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                  _____ Withdrawn/ Dismissed/ Deny

Amount: $ _____   for want of Prosecution

                              _____ Day Settlement Order

_____Decision Reserved        _____ Moot

_____Default / No Response     _____ Soldiers and Sailors Affidavit Due

_____Show Cause Order          _____ Other:_____

Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____


DECISION:

    [ ] Signed by Court         [ ] Filed by Counsel
    [✓] To be prepared by:
        [ ] plaintiff's counsel     [✓] Court
        [ ] defendant's counsel    [ ] Other _____

NOTES:

[6] - VACATED

    HEARING ON MOTION TO DISMISS [3] TO BE
    HELD 1/25/12 @ 2:00 p.m.

    RIFKIN OPPOSITION MEMO TO BE FILED NLT 12/16/11
    COUNTY REPLY MEMO TO BE FILED NLT 1/17/12

ISSUE SUMMONS FOR DEFENDANT MDE
PRE-TRIAL CONFERENCE TO BE HELD 1/25/12 @ 2:00 p.m.

RECEIVED

NOV 1 3 2011

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE