IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                              *

JAMES RIFFIN,

                                                    *          Case No. 10-11248
            Debtor                                             (Chapter 7)
                                                    *
*     *     *     *     *     *     *     *     *     *     *     *
JAMES RIFFIN                                         Adv.  Pro. No. 11-00729

            Plaintiff,                              *

v.                                                  *

BALTIMORE COUNTY, MD and                            *
MARYLAND DEPARTMENT OF THE
ENVIRONMENT,                                        *

            Defendants                              *

*     *     *     *     *     *     *     *     *     *     *     *

**MARYLAND DEPARTMENT OF THE ENVIRONMENT'S MOTION TO
DISMISS DEBTOR'S "COMPLAINT TO DETERMINE EXTENT OF
BALTIMORE COUNTY'S AND MARYLAND DEPARTMENT OF THE
ENVIRONMENT'S CLAIMS THAT HAVE BEEN DISCHARGED" AND
REQUEST TO AMEND THE COURT'S NOVEMBER 18, 2011
SCHEDULING ORDER**

Pursuant to *Fed. R. Civ. P.* 12(b)(6), Defendant Maryland Department of the

Environment (the Department), by and through its attorneys, Douglas Gansler, Attorney

General of Maryland, and Jonathan May, Assistant Attorney General, submits this

Motion to Dismiss the above-captioned action and hereby states that the Department

concurs with and adopts and incorporates by reference the arguments and any attached

exhibits Defendant Baltimore County (the County) has set forth in its Motion to Dismiss

filed in this matter on September 13, 2011, *See* Docket No. 3.

In its Order Vacating Order Granting Motion to Dismiss Adversary Proceeding and Setting Schedule for Briefing and Pre-Trial Conference, the Court set in a hearing on the merits of Baltimore County's Motion to Dismiss, and a pre-trial hearing, if necessary, on January 25, 2012. In addition, it was ordered that Mr. Riffin shall file any opposition to the Motion to Dismiss no later than December 16, 2011. Furthermore, Baltimore County was given leave to file any reply memorandum to Mr. Riffin's opposition to the Motion to Dismiss no later than January 17, 2012.

A Summons and Notice of Pre-Trial Conference was re-issued on or about November 21, 2011. As of today's date, December 12, 2011, the Department has not received a summons. Counsel for the Department spoke with the Clerk's office on today's date and confirmed that the parties have not been served. It is the Department's desire to participate in the matter and therefore now asks the Court to consider the Department's Motion and to amend the Scheduling Order to allow the Department the opportunity to reply to Mr. Riffin's opposition to the Motion to Dismiss. Furthermore, the Department seeks leave to participate in the January 25, 2012 hearing and/or pre-hearing conference.

On December 8, 2011 and again on December 12, 2011, Counsel for the Department contacted Mr. Riffin about the Department's joining in the County's Motion to Dismiss. Mr. Riffin stated that he does not object to the Department filing the Motion, but indicated that he might ask the Court for additional time to reply if necessary. Currently Mr. Riffin's opposition is due on December 16, 2011. The Department would not object to a request by Mr. Riffin for a reasonable extension of time to respond.

2

Respectfully submitted,


DOUGLAS F. GANSLER
Attorney General of Maryland


     /s/
_____
Jonathan E.C. May
Federal Bar No. 28133
A. D'Arcy Byrnes Talley
Assistant Attorneys General
Maryland Department of the Environment
1800 Washington Boulevard, Suite 6048
Baltimore, MD 21230
Tel. 410-537-3452
Fax 410-537-3943
dtalley@mde.state.md.us
jmay@mde.state.md.us

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify, this 12th day of December, 2011, that a copy of this Notice of Entry of Appearance and Request for Notices was served on all parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that notice was electronically mailed to said party.

Mark Neal, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

James Riffin
1941 Greenspring Drive
Lutherville, Maryland 21093

Mark J. Friedman, Trustee
DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209

Adam Rosenblatt, Assistant County Attorney
Baltimore County Offices of Law
400 Washington Avenue, 2nd Floor
Towson, Maryland 21204

DOUGLAS F. GANSLER
Attorney General of Maryland


        /s/
_____
Jonathan E.C. May
Federal Bar No. 28133
A. D'Arcy Byrnes Talley
Assistant Attorneys General
Maryland Department of the Environment
1800 Washington Boulevard, Suite 6048
Baltimore, MD 21230
Tel. 410-537-3452
Fax 410-537-3943
dtalley@mde.state.md.us
jmay@mde.state.md.us