Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  11−00729
Judge:  David E. Rice

In Re:   Riffin v. Baltimore County, MD et al
         Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 9−D, Baltimore, MD 21201

on 1/25/12 at 02:00 PM

to consider and act upon the following:

21 − Motion to Dismiss Adversary Proceeding Filed by Maryland Department of the Environment. (May, Jonathan)

22 − Opposition filed by James Riffin (related document)21 Motion to Dismiss Adversary Proceeding filed by Defendant Maryland Department of the Environment. (Rybczynski, Mark)

24 − Response on behalf of Baltimore County, MD Filed by Adam Matthew Rosenblatt (related document(s)3 Motion to Dismiss Adversary Proceeding filed by Defendant Baltimore County, MD, 21 Motion to Dismiss Adversary Proceeding filed by Defendant Maryland Department of the Environment). (Rosenblatt, Adam)

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 1/19/12

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Gina Dickerson
410−962−4672